1070

No. 971, Misc. LYNCH *v.* LANDY, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for respondents Landy et al. 

No. 997, Misc. RAMOS *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 1006, Misc. SPENCER *v.* ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1022, Misc. HORTON *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1023, Misc. THOMPSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1026, Misc. DUVALL *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. 

No. 1030, Misc. BEVERLY *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1034, Misc. PALMER *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. 

No. 1052, Misc. BOYD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1053, Misc. SMITH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.